**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO. 3:01CR212**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MICHAEL C. GOODSON** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion
for a writ of habeas corpus filed February 12, 2007.

The Defendant was arrested on December 7, 2006, for violation of
the terms of his supervised release. At his initial appearance before the
Magistrate Judge, the Defendant was afforded court appointed counsel
and ordered detained. *See* **Order of Detention, filed January 3, 2007.**
The Defendant has made several *pro se* filings regarding the status of his
revocation proceedings as well as the current motion seeking release from
custody because the arrest warrant was "invalid." Because the Defendant
is represented by counsel, he may not file *pro se* motions with the Court.
Any matter needing the Court's attention must be made through counsel.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a writ of habeas corpus is hereby **DENIED** and the pleading is hereby stricken from the record.

**IT IS FURTHER ORDERED** that Pleading Nos. 49, 52 and 53 are hereby stricken from the record.

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge